DISMISS; Opinion filed September 20, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00910-CV

QAIM ALI, Appellant

V.

CLASSIC STAR GROUP, L.P., Appellee

On Appeal from the 162nd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-10-06770

## MEMORANDUM OPINION

Before Justices Morris, Francis, and Murphy
Opinion By Justice Morris

By letter dated July 31, 2012, the Court questioned its jurisdiction over the appeal. Specifically, we questioned whether the judgment was final. We instructed appellant to file, within ten days, a jurisdictional brief explaining how this Court has jurisdiction over the appeal and gave appellee an opportunity to respond. We cautioned appellant that failure to file a jurisdictional brief may result in dismissal of the appeal without further notice. As of today's date, appellant has not filed a jurisdictional brief.

Generally, appeals may be taken only from final judgments. *See Lehmann v. Har-Con Corp.* 39 S.W.3d 191, 195 (Tex. 2001). A judgment is final if it disposes of all pending parties and claims. *Id.* Orders that do not dispose of all pending parties and claims are interlocutory and, subject to a

few exceptions, unappealable until a final judgment is rendered. *Id.*

Appellee asserted claims against appellant and Hasan Merchant. Appellant is appealing the trial court's order granting summary judgment signed on March 6, 2012. In that order, the trial court granted appellee's motion for summary judgment with respect to appellant only. Appellee's claims against Hasan Merchant remain pending and, thus, there is no appealable final judgment. Accordingly, we dismiss the appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

JOSEPH B. MORRIS
JUSTICE

120910F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

QAIM ALI, Appellant

No. 05-12-00910-CV        V.

CLASSIC STAR GROUP, L.P., Appellee

Appeal from the 162nd Judicial District Court of Dallas County, Texas. (Tr.Ct.No. DC-10-06770).
Opinion delivered by Justice Morris, Justices Francis and Murphy, participating.

Based on the Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee, Classic Star Group, L.P., recover its costs of the appeal from appellant, Qaim Ali.

Judgment entered September 20, 2012.

JOSEPH B. MORRIS
JUSTICE